

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marisha Russell, individually and on behalf of others similarly situated | Civil Action No.   17cv0672-JLS-WVG |
| Plaintiff, | |
| V. | |
| (See Attachment) | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendant's Motion to Dismiss, and dismisses without prejudice Plaintiff's Second Amended Complaint.

| | |
|---|---|
| Date:    4/26/18 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/ M. Lozano |
| | M. Lozano, Deputy |

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  17cv0672-JLS-WVG

Government Employees Insurance Company; a Maryland corporation; Geico General Insurance Company, an Iowa Corporation; Geico Insurance Agency, Inc. a Maryland Corporation; Does 2-20 inclusive